**John M. CHILDS, Jr., and Rudolph Childs, Appellants,**

v.

**Henry YOUNG and Eunice Young, et vir., Respondents.**

**No. 47991.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 29, 1984.

H. Wilson Gray, St. Louis, for appellants.

E.D. Lofftus, Fenton, for respondents.

PER CURIAM.

This is an appeal after a dismissal based upon a stipulation of facts. No jurisprudential purpose would be served by a written opinion. The dismissal by the trial court is affirmed pursuant to Rule 84.16(b).